UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

Ronald Vincent Tarnowski and  
Kelly Lyn Tarnowski,

Case No. 18-04087-swd  
Chapter 7

      Debtor,  
_____//

## RE-NOTICE OF § 341 FIRST MEETING OF CREDITORS

The Trustee, Stephen L. Langeland hereby gives notice that the § 341 First Meeting of Creditors for Ronald Vincent Tarnowski and Kelly Lyn Tarnowski, has been rescheduled for **Thursday September 30, 2021** commencing at 9:45 a.m., and shall be held **telephonically** due to concerns about COVID-19/coronavirus. Debtors, creditors, and other interested parties should call the following conference line on the **designated date and time.**

**Dial In: [1-866-759-6643]**

**Participant Passcode # [3633129#]**

Dated: September 24, 2021

By: /s/ Stephen L. Langeland  
Stephen L. Langeland  
Chapter 7 Trustee  
6146 West Main St.  
Suite C  
Kalamazoo, MI 49009  
269-382-3703